UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA GRACE MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | No. 2:15-cv-01664-JAM-AC<br><br><br><br>ORDER |

On November 23, 2015, this court dismissed plaintiff's lawsuit with prejudice, and entered judgment. ECF Nos. 8, 9. Plaintiff filed a notice of appeal, ECF No. 10, and the Ninth Circuit has referred the matter back to this court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." ECF No. 12 (citing 28 U.S.C. § 1915(a)(3) and Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous)).

Plaintiff's complaint alleges that she has been the victim of a concerted campaign of harassment by the Davis Police Department ("DPD") lasting over a decade. See, e.g., ECF No. 1 at 18. This harassment has allegedly taken myriad forms, from running police sirens nearby her home at all hours; to stopping and questioning her without cause; to "hunt[ing] her with their

1

dogs," an incident that allegedly required plaintiff to "go into hiding" for 48 hours. Id. at 5. Plaintiff also alleges that she has been the victim of witchcraft at the hands of a group called "the Illuminati," and various indignities by society, social media, Hollywood, and her community. Id. at 19.

On November 23, 2015, this court held that these facts were so incredible they need not be accepted as true, dismissing her complaint with prejudice because leave to amend would have been futile. ECF Nos. 3, 8. This court is aware of no good-faith, non-frivolous basis for an appeal of this ruling; the facts alleged do not state a claim as they rise to the level of the irrational and wholly incredible.

Accordingly, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A), the court certifies that plaintiff's appeal is frivolous.

DATED: January 19, 2016

John A. Mendez,
United States District Judge