UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA GRACE McDANIEL, | No. 2:15-cv-01664-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se, and accordingly this matter is referred to the undersigned pursuant to Local Rule 302(c)(21). On January 16, 2018, plaintiff filed a Declaration. ECF No. 17. Plaintiff's case was closed on November 23, 2015. ECF No. 9. The Ninth Circuit dismissed plaintiff's appeal on June 6, 2016. ECF No. 16. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk of Court is ORDERED to disregard plaintiff's filing at ECF No. 17.

DATED: January 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE